# In the United States Court of Federal Claims

No. 10-319C

(Filed: May 28, 2010)

```
*****************************************  *
                                            *
CERES GULF, INC.,                           *
                                            *
                    Plaintiff,              *
                                            *
 v.                                         *
                                            *
UNITED STATES,                              *
                                            *
                    Defendant,              *
                                            *
*****************************************  *
```

<u>ORDER</u>

     On May 28, 2010, Coastal Maritime, LLC ("Coastal") filed an unopposed motion to intervene in this bid protest.  As the lowest-price offeror in the original solicitation whose protest before the GAO resulted in corrective action, Coastal's intervention in this bid protest is appropriate pursuant to Rule 24(a) of this Court. Accordingly, Coastal's motion is GRANTED, and Coastal shall henceforth be identified as "Defendant-Intervenor" in this action.

     Coastal, as Defendant-Intervenor, shall submit its motions and supporting briefs on the same dates as Defendant, pursuant to the Court's Scheduling Order.

     IT IS SO ORDERED.

<u>s/Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge